# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA L. TUCKER, | Case No.: 1:13-cv-01212-SAB |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER |
| v. | (ECF No. 11) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On January 20, 2014, Plaintiff filed a stipulation requesting an extension of time to serve the Commissioner with a confidential letter brief as required by the Court's scheduling order. (ECF No. 11.) Pursuant to the stipulation, Plaintiff will serve the Commissioner with a confidential letter brief on or before **January 20, 2014**. This request is granted, and the scheduling order is modified as follows:

1. Plaintiff's confidential letter brief shall be served on or before **January 20, 2014**;
2. Commissioner's confidential letter brief shall be served on or before **February 24, 2014**;
3. Any stipulation to remand the case shall be filed on or before **March 26, 2014**; or
4. Plaintiff's opening brief shall be filed on or before **March 26, 2014**;
5. Commissioner's responsive brief shall be filed on or before **April 25, 2014**; and

6.  Plaintiff may file a reply brief on or before **May 12, 2014**.

IT IS SO ORDERED.

Dated:  **February 4, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

2